**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>    **DENNIS A. SAMSEL,**<br><br>                              **Debtor** | **Chapter 13 Bankruptcy**<br><br><br>**Bankruptcy No. 18-10005 ELF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to Motion for Relief from Stay filed by Bank of America, N.A., was served upon the addresses listed below by way of electronic means on January 2, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - ecfmail@readingch13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

KEVIN G. MCDONALD on behalf of Creditor BANK OF AMERICA, N.A. - bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor BANK OF AMERICA, N.A. - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:     *s/Alyssa J. Merkey*
        1025 Berkshire Blvd., Suite 700
        Wyomissing, PA 19610
        610-779-0772