United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dennis A. Samsel
      Debtor

Case No. 18-10005-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Randi      Page 1 of 1      Date Rcvd: Jan 27, 2020
                  Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db            +Dennis A. Samsel,    308 Snyder Road,    Oley, PA 19547-8919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
        GEORGE M. LUTZ    on behalf of Debtor Dennis A. Samsel glutz@hvmllaw.com,
       amerkey@hvmllaw.com;r49419@notify.bestcase.com
        JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dennis A. Samsel | | CHAPTER 13 |
| | Debtor | |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | NO. 18-10005 ELF |
| Dennis A. Samsel | | |
| | Debtor | |
| Scott F. Waterman, Esquire | | 11 U.S.C. Section 362 |
| | Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the loan held by the Movant on the Debtor's vehicle

is **$2,123.17,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | October 13, 2019 to January 13, 2019 at $538.97/month |
| Suspense Balance: | $32.71 |
| **Total Post-Petition Arrears** | **$2,123.17** |

2.    The Debtor(s) shall cure said arrearages in the following manner;

a)   On or before January 31, 2020, the Debtor shall make a down payment in the

amount of **$1,200.00**;

b).  Beginning on February 13, 2020 and continuing through July 13, 2020 until the

arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$538.97** on the

vehicle (or as adjusted pursuant to the terms of the vehicle) on or before the thirteenth (13th) day of

each month, plus an installment payment of **$153.87 from February 13, 2020 to June 13, 2020 and**

**$153.82 for July 13, 2020** towards the arrearages on or before the last day of each month at the

address below;

Bank of America, N.A.
P.O. Box 15312
Wilmington, DE 19850-5312

c).    Maintenance of current monthly vehicle payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 13, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date:    January 13, 2020

George M. Lutz, Esquire
Attorney for Debtor

Date: 1/17/2020

Scott F. Waterman, Esquire
Chapter 13 Trustee

# ORDER

Approved by the Court this __27th__ day of _____January_____, 2020.  However, the court retains discretion regarding entry of any further order.

_____

Bankruptcy Judge
Eric L. Frank