**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

**IN RE:**                                                                     **CASE NO.: 18-10005-elf**
                                                                                           **CHAPTER 13**
**Dennis A. Samsel,**

   **Debtor.**
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100,**
**BOCA RATON, FL 33487**

Robertson, Anschutz, Schneid, & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Rd. Ste. 170
Duluth, GA 30097
Telephone: 470-321-7112
By: /s/Darrelyn Thomas
    Darrelyn Thomas, Esq.
    Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on March 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DENNIS A. SAMSEL
308 SNYDER ROAD
OLEY, PA 19547

**AND VIA ELECTRONIC MAIL TO:**

GEORGE M. LUTZ
HARTMAN, VALERIANO, MAGOVERN, LUTZ, PC
1025 BERKSHIRE BLVD., SUITE 700
P.O. BOX 5828
WYOMISSING, PA 19610

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET  SUITE 502
PHILADELPHIA, PA 19106

        Robertson, Anschutz, Schneid, & Crane LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Rd. Ste. 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        By: /s/Darrelyn Thomas
          Darrelyn Thomas, Esq.
          Email: dthomas@rascrane.com