**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Dennis A. Samsel**<br><br>  **Debtor.**<br><br>**U.S. Bank National Association,**<br><br>  **Movant,**<br><br>**v.**<br><br>**Dennis A. Samsel, Debtor,**<br><br>**Grace Y. Samsel, Co-Debtor**<br><br>**Scott F. Waterman, Ch. 13 Trustee,**<br><br>  **Respondents.** | **Bankruptcy No. 18-10005-pmm**<br><br>**Chapter 13**<br><br>**Hearing Date: May 19, 2020**<br>**Hearing Time: 10:00 a.m.**<br>**Location: 201 Penn Street, Reading, PA 19601** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

   U.S. Bank National Association has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C. §1301; for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

   **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **May 5, 2020, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

   (a) File an answer explaining your position at: **201 Penn Street, Suite 103, Reading, PA 19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

   (b) Mail a copy to the movant's attorney:

     **Robertson, Anschutz & Schneid, P.L.**

18-10005-pmm<br>Samsel, Dennis<br>MFR

6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Brandon Pack, Esquire
Email: bpack@rasnj.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  **A hearing on the Motion** is scheduled to be held before **Judge Patricia M. Mayer** on **May 19, 2020, at 10:00 a.m. in 4th floor courtroom, United States Bankruptcy Court, 201 Penn Street, Reading, PA 19601.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.


Dated: April 20, 2020

**Robertson, Anschutz & Schneid, P.L.**
Attorneys for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
By: /s/ Brandon Pack_____
Brandon Pack, Esquire
PA Bar Number  311976
Email: bpack@rasnj.com