**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**DENNIS A. SAMSEL,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10005 PMM** |

**CERTIFICATE OF SERVICE**

     I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to the Motion for Relief from Automatic Stay of U.S. Bank National Association, was served upon the addresses listed below by way of electronic means on April 22, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee FREDERICK L. REIGLE - ecfmail@readingch13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

JEROME B. BLANK on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

KEVIN G. MCDONALD on behalf of Creditor BANK OF AMERICA, N.A. - bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor BANK OF AMERICA, N.A. - bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor U.S. Bank National Association - paeb@fedphe.com

BRANDON DONALD PACK on behalf of Creditor U.S. Bank National Association - bpack@rasnj.com

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                         1025 Berkshire Blvd., Suite 700
                         Wyomissing, PA 19610
                         610-779-0772

\\\\\