**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**DENNIS A. SAMSEL,**<br><br>                         Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-10005 PMM |

**ORDER**

AND NOW this   7th   day of July 2020, upon consideration of the Motion for Relief from Automatic Stay of U.S. Bank National Association ("Motion") and the Debtor's response thereto,

IT IS HEREBY ORDERED that the relief requested in the Motion is DENIED.

                                              BY THE COURT:

                                              *Patricia M. Mayer*
                                              **Patricia M. Mayer**
                                              **United States Bankruptcy Judge**

| | |
|---|---|
| **George M. Lutz, Esquire**<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1025 Berkshire Boulevard, Suite 700<br>P.O. Box 5828<br>Wyomissing, PA  19610 | **Scott F. Waterman, Esquire**<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA  19606 |

**U.S. Bank National Association**
c/o Brandon Pack, Esquire
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487