| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10005-PMM

DENNIS A  SAMSEL
308 SNYDER ROAD
OLEY  PA    19547

Petition Filed Date: 01/02/2018
341 Hearing Date: 02/27/2018
Confirmation Date: 10/11/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $290.00 | 25346122571 | 02/08/2019 | $290.00 | 25472738103 | 03/11/2019 | $290.00 | 25472739431 |
| 04/09/2019 | $290.00 | 25472738643 | 05/10/2019 | $290.00 | 25897677232 | 06/10/2019 | $290.00 | 25346130434 |
| 07/16/2019 | $290.00 | 25897678435 | 08/09/2019 | $290.00 | 25897678547 | 09/10/2019 | $290.00 | 25897678593 |
| 10/15/2019 | $290.00 | 25923631476 | 11/12/2019 | $290.00 | 25923633311 | 12/10/2019 | $290.00 | 25898274191 |
| 01/10/2020 | $290.00 | 25898274527 | 02/11/2020 | $290.00 | 25898274808 | 03/10/2020 | $290.00 | 26368450356 |
| 04/13/2020 | $290.00 | 26368454160 | 06/12/2020 | $475.00 | 26542178234 | 07/08/2020 | $475.00 | 26542179764 |

**Total Receipts for the Period:  $5,590.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,025.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»»  001 | Secured Creditors | $86.24 | $86.24 | $0.00 |
| 2 | DIAMOND FEDERAL CREDIT UNION<br>»»  002 | Unsecured Creditors | $9,234.56 | $3,479.87 | $5,754.69 |
| 4 | MOMA FUNDING LLC<br>»»  004 | Unsecured Creditors | $1,794.17 | $676.09 | $1,118.08 |
| 3 | US BANK NA<br>»»  003 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»»  005 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

Chapter 13 Case No. 18-10005-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,025.00 | Current Monthly Payment: | $290.00 |
| Paid to Claims: | $8,242.20 | Arrearages: | $210.00 |
| Paid to Trustee: | $782.80 | Total Plan Base: | $17,645.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.