# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA READING DIVISON

| | |
|---|---|
| In re:<br>**Dennis A. Samsel,**<br>         Debtor.<br>**U.S. Bank National Association,**<br><br>         Movant,<br>v.<br>**Dennis A. Samsel, Debtor,**<br>**Grace Y. Samsel, Co-Debtor,**<br>**Scott F. Waterman, Ch. 13 Trustee,**<br>         Respondents. | **Bankruptcy No. 18-10005-pmm**<br><br>**Chapter 13** |

## PRAECIPE TO WITHDRAW CREDITOR'S MOTION FOR RELIEF

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay, DE 42, filed on April 20, 2020.**

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D 314532
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2020 I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

George M. Lutz
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Blvd., Suite 700
P.O. Box 5828
Wyomissing, PA 19610

Dennis A. Samsel
308 Snyder Road
Oley, PA 19547

Grace Y. Samsel
308 Snyder Road
Oley, Pennsylvania 19547

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

By: /s/Charles Wohlrab
Charles Wohlrab
Email: cwohlrab@rascrane.com