L.B.F. 9014-3

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Dennis A. Samsel** | : | **Bky. No. 18-10005-pmm** |
| | : | |
| **Debtor** | : | |

\* \* \* \* \* \* \* \*
**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Movant, U.S. Bank National Association, has filed a Motion to Approve Loan Modification with the court for approval of the Loan Modification Agreement.

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **February 22, 2021 you or your attorney must file a response to the Motion.**

3. **A hearing on the Motion** is scheduled to be held on **March 4, 2021, at 11:00 A.M. via Teleconference line: 1.888.636.3807, Access Code: 4954493.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Charles Wohlrab, Esquire
    Robertson, Anschutz, Schneid, Crane & Partners PLLC
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Fax: 404-393-1425
    Email: cwohlrab@raslg.com

Dated: February 4, 2021

**Robertson, Anschutz, Schneid, Crane & Partners PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
By: /s/  Charles G. Wohlrab
Charles Wohlrab, Esquire
Bar ID: 314532
Email: cwohlrab@raslg.com