**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| IN RE:<br><br>**Dennis A. Samsel**<br>        Debtor<br><br>**U.S. Bank National Association**<br>        Movant<br><br>**Dennis A. Samsel**<br>        Debtor/Respondent<br><br>**Scott F. Waterman, Esquire**<br>        Trustee/Respondent | CASE NO.: 18-10005-pmm<br><br>CHAPTER 13<br><br>Related Doc.: 50 |

## CERTIFICATE OF NO RESPONSE

      The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement, filed at Docket No. 50, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion to Approve Loan Modification be entered by the Court.

Date: March 3, 2021

                                                  **Robertson, Anschutz, Schneid, Crane & Partners PLLC**
                                                  Attorney for Secured Creditor
                                                  10700 Abbott's Bridge Road, Suite 170
                                                  Duluth, GA 30097
                                                  Telephone: 470-321-7112
                                                  Fax: 404-393-1425
                                                  By: /s/ Charles G. Wohlrab
                                                  Charles Wohlrab, Esquire
                                                  Bar ID: 314532
                                                  Email: cwohlrab@raslg.com