United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-10005-pmm

Dennis A. Samsel                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis A. Samsel, 308 Snyder Road, Oley, PA 19547-8919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor U.S. Bank National Association bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION cwohlrab@raslg.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| GEORGE M. LUTZ | on behalf of Debtor Dennis A. Samsel glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 04, 2021 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor U.S. Bank National Association paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO.: 18-10005-pmm** |
| **Dennis A. Samsel** <br>      **Debtor** | **CHAPTER 13** |
| **U.S. Bank National Association** <br>      **Movant** | |
| **Dennis A. Samsel** <br>      **Debtor/Respondent** | |
| **Scott F. Waterman, Esquire** <br>      **Trustee/Respondent** | |

### ORDER APPROVING LOAN MODIFICATION AGREEMENT

AND NOW, this ____4th____ day of ____March____, 2021, upon

consideration of Movant, U.S. Bank National Association, Motion to Approve Loan

Modification Agreement and any response thereto, it is hereby **ORDERED AND DECREED**

that:

Said Motion is **GRANTED** and the Loan Modification Agreement executed by the

Debtor on November 12, 2020, and attached to the Motion as Exhibit "A", is hereby

APPROVED.  It is further ORDERED that the recording of said Agreement does not violate the

automatic stay, section 362 (a), nor the provisions of 11 USC § 549.

**BY THE COURT:**

*Patricia M. Mayer*

_____

**HONORABLE  PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**