| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-10005-PMM**

DENNIS A SAMSEL
308 SNYDER ROAD
OLEY  PA   19547

Petition Filed Date: 01/02/2018
341 Hearing Date: 02/27/2018
Confirmation Date: 10/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $290.00 | 25898274527 | 02/11/2020 | $290.00 | 25898274808 | 03/10/2020 | $290.00 | 26368450356 |
| 04/13/2020 | $290.00 | 26368454160 | 06/12/2020 | $475.00 | 26542178234 | 07/08/2020 | $475.00 | 26542179764 |
| 08/18/2020 | $475.00 | 26724893387 | 09/14/2020 | $475.00 | 26724893962 | 10/14/2020 | $475.00 | 26542178864 |
| 11/16/2020 | $475.00 | 26724894017 | 12/15/2020 | $475.00 | 26724897505 | 01/19/2021 | $475.00 | 26724897808 |
| 03/16/2021 | $475.00 | 27080525788 | 04/13/2021 | $475.00 | 27080527296 | 05/13/2021 | $475.00 | 27080526227 |

**Total Receipts for the Period: $6,385.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $86.24 | $86.24 | $0.00 |
| 2 | DIAMOND FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $9,234.56 | $6,773.04 | $2,461.52 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,794.17 | $1,315.92 | $478.25 |
| 3 | US BANK NA<br>»» 003 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 005 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-10005-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,300.00 | Current Monthly Payment: | $290.00 |
| Paid to Claims: | $12,175.20 | Arrearages: | ($1,165.00) |
| Paid to Trustee: | $1,124.80 | Total Plan Base: | $17,645.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.