Certificate Number: 06531-PAE-DE-036550338

Bankruptcy Case Number: 18-10005



06531-PAE-DE-036550338

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2022, at 2:41 o'clock PM CDT, Dennis A Samsel completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 16, 2022            By:    /s/Connie Krosch

                               Name:  Connie Krosch

                               Title: Certified Credit Counselor