United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dennis A. Samsel  
    Debtor

Case No. 18-10005-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: May 17, 2022      Form ID: 138OBJ      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis A. Samsel, 308 Snyder Road, Oley, PA 19547-8919 |
| 14035214 | + | BANK OF AMERICA, PO BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 14442559 | + | BANK OF AMERICA, N.A., C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14035211 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14648019 | + | Community Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14035216 | ++ | DIAMOND CREDIT UNION, ATTN COLLECTIONS DEPARTMENT, 1600 MEDICAL DRIVE, POTTSTOWN PA 19464-3242 address filed with court:, Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464 |
| 14035212 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14035209 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14215386 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14035210 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14433943 | + | U.S. Bank National Association, RAS Cintron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14046159 | + | U.S. Bank National Association, Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14433646 | + | U.S. Bank National Association, c/o RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 17 2022 23:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2022 23:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14040610 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 23:56:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14035215 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2022 23:57:00 | COMENITY CAPITAL/HSN, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14035211 | ^ | MEBN | May 17 2022 23:51:23 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14035213 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 17 2022 23:57:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14637054 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 17 2022 23:56:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14035216 | | Email/Text: bankruptcy@diamondcu.com | May 17 2022 23:57:00 | Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464 |
| 14035212 | ^ | MEBN | May 17 2022 23:51:21 | Equifax Information Services LLC, P.O. Box |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | 740256, Atlanta, GA 30374-0256 |
| 14035209 | ^ MEBN | | May 17 2022 23:51:23 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14069637 | Email/Text: bnc-quantum@quantum3group.com | | May 17 2022 23:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14035210 | ^ MEBN | | May 17 2022 23:51:23 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14480324 | + Email/Text: RASEBN@raslg.com | | May 17 2022 23:57:00 | U.S. Bank NA, c/o Darrelyn Thomas, Esq., Robertson Anschutz Schneid, & Crane LLC, 10700 Abbott's Bridge Rd. Ste. 170, Duluth, GA 30097-8461 |
| 14043051 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | May 17 2022 23:57:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 14035217 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | | May 17 2022 23:57:00 | US BANK HOME MORTGAGE, 4801 FREDERICA ST, OWENSBORO, KY 42301-7441 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618288 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor U.S. Bank National Association bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION cwohlrab@raslg.com |
| GEORGE M. LUTZ | on behalf of Debtor Dennis A. Samsel glutz@hvmllaw.com asantana@hvmllaw.com;r49419@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association paeb@fedphe.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

KEVIN G. MCDONALD
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor U.S. Bank National Association tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dennis A. Samsel

       Debtor(s)

Case No: 18−10005−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/17/22

68 − 60
Form 138OBJ